UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **BRIAN JONES,** | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:20-CV-161-DBH |
| | ) | |
| **MAINE CAT CATAMARANS, INC.,** | ) | |
| ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## PROCEDURAL ORDER

The plaintiff has notified the Court that the automatic bankruptcy stay in this case has terminated (ECF No. 18). At the time the Court originally entered the stay, (ECF No. 17), there were pending the defendants' motion to set aside default judgment and default and allow a late Answer, a motion that was not yet fully briefed (the time for a reply had not run), (ECF No. 11), and the plaintiff's request for a disclosure hearing (ECF No. 15).

Counsel shall confer and notify the Court by October 5, 2021, whether those matters are now ripe for ruling or whether some other procedure should be followed.

SO ORDERED.

DATED THIS 29TH DAY OF SEPTEMBER, 2021

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**