# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **BRIAN JONES,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:20-cv-161-DBH** |
| ) | |
| **MAINE CAT CATAMARANS, INC.,** ) | |
| **ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## FURTHER PROCEDURAL ORDER

The Court adopts the deadlines and procedures set forth in the Notice of Conference of Counsel in Accordance with Procedural Order (ECF No. 20).

**SO ORDERED.**

**DATED THIS 6TH DAY OF OCTOBER, 2021**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**